IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:08cr2-SPM/AK

ALICIA MARIE THOMAS,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's motion to continue her sentencing hearing (doc. 70) is granted.  The sentencing hearing is reset for 1:30 p.m. on November 3, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 3rd day of October, 2008.

                                   *s/ Stephan P. Mickle*
                                   Stephan P. Mickle
                                   United States District Judge