IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 1:08cr2-SPM/AK

ALICIA MARIE THOMAS,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's motion to continue her sentencing hearing (doc. 73) is granted.  The sentencing hearing is reset for 1:30 p.m. on December 8, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 3rd day of November, 2008.

                                               *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge